FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

December 16, 2021

No. 04-21-00552-CV

**IN RE** Christine **HORTICK**

From the 225th Judicial District Court, Bexar County, Texas

Original Proceeding[1]

# O R D E R

On December 15, 2021, Relator filed an emergency petition for writ of mandamus.

This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). Respondent and Real Party in Interest may file a response to the petition in this court **no later than December 27, 2021**. Any response must comply with Rule 52.4.

It is so **ORDERED** December 16, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

---

[1] This proceeding arises out of Relator's challenge to the certification of Shannon Roberta Salmón as a candidate for the 225th Judicial District Court in Bexar County, Texas. *See* TEX. ELECT. CODE ANN. § 273.061(a) ("[A] court of appeals may issue a writ of mandamus to compel the performance of any duty imposed by law in connection with the holding of an election or a political party convention, regardless of whether the person responsible for performing the duty is a public officer.").